UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRESSA SMITH

VERSUS

THE DOW CHEMICAL COMPANY

CIVIL ACTION

NUMBER 09-321-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that this matter shall be REMANDED to the 18th Judicial District Court, Parish of Iberville, State of Louisiana, based on the lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 1, 2009.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46482